DAVID J. BENNER (Bar No. 105428)
david.benner@att.com
JENNIFER Z. MORRIS (Bar No. 202907)
AT&T SERVICES LEGAL DEPARTMENT
101 West Broadway, Suite 1300
San Diego, California  92101
Tel: (619) 237-3939
Fax: (619) 238-9915

Attorneys for Defendant DIRECTV, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTV, a National satellite TV service provider, doing business in California, DOES 1 THROUGH 10, inclusively,<br><br>  Defendants. | CASE NO.  3:16-cv-00160-JLS-KSC<br><br>**DEFENDANT DIRECTV, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

   Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* and Local Civil rule 40.2, Defendant DirecTV, LLC ("Defendant") hereby submits the following Notice of Party with Financial Interest:

   Defendant is a non-governmental corporate party.  The following publicly held companies own 10% or more of Defendant's stock:

   1. DirecTV Holdings LLC.
   2. DirecTV Group, Inc.
   3. Greenlady Corp.

1    4.    DirecTV Group Holdings, LLC.

2    5.    AT&T Inc.

Dated:  May 4, 2016              AT&T SERVICES LEGAL DEPARTMENT


                                  By: */s/ David J. Benner*
                                      DAVID J. BENNER
                                      Attorneys for Defendant
                                      DIRECTV, LLC

CASE NO. 16-cv-00160-JLS-KSC

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2016, a true and accurate copy of the foregoing **DEFENDANT DIRECTV, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** was served on the following:

Roy Tuck
1600 E. Vista Way #85
Vista, CA  92084
Tel: (760) 840-1551

By placing a true and accurate copy of the document(s) listed above in an envelope addressed as set forth below. I then sealed each envelope and, with First Class postage thereon fully prepaid, either deposited each in the United States Postal Service or placed each for collection and depositing in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid.

Dated: May 4, 2016

By: _____
Terri Zucconi
AT&T SERVICES LEGAL DEPARTMENT

687891

1                                      CERTIFICATE OF SERVICE
CASE NO. 3:16-cv-00160-JLS-KSC