DAVID J. BENNER (Bar No. 105428)
david.benner@att.com
JENNIFER Z. MORRIS (Bar No. 202907)
AT&T SERVICES LEGAL DEPARTMENT
7337 Trade Street, 3rd Floor, Suite 3549
San Diego, California 92121
Tel: (858) 547-3283
Fax: (858) 689-9102

Attorneys for Defendant DIRECTV, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>         Plaintiff,<br><br>v.<br><br>DIRECTV, a National satellite TV service provider, doing business in California, DOES 1 THROUGH 10, inclusively,<br>         Defendants. | CASE NO.  16-cv-00160-JLS-KSC<br><br>**DECLARATION OF EVA KNILEY IN SUPPORT OF DEFENDANT DIRECTV, LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR IN THE ALTERNATIVE TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Eva Kniley, hereby declare as follows:

1.     I have been employed by DIRECTV, LLC for eight years, where I am a Senior Manager, Product Marketing.

2.     In my current position, I work with customers data as part of my daily job functions.  I am also familiar with the written contracts that govern DIRECTV's relationships with its customers, including the Customer Agreement (the "Customer Agreement") and the Equipment Lease Addendum, and the process by which customers receive the Customer Agreement and the Equipment Lease Addendum.  I

1   am readily familiar with DIRECTV's methods for keeping and maintaining its
2   records relating to its customers' written contracts with DIRECTV.  I have
3   reviewed these files with respect to Plaintiff Roy Tuck ("Plaintiff") and I am
4   knowledgeable and familiar with their contents.

5   ### The Process to Become a DIRECTV Customer

6       3.    DIRECTV provides digital television services to consumers
7   nationwide.  To obtain these services, a potential DIRECTV customer obtains,
8   either directly from DIRECTV or a retailer, the equipment necessary to receive
9   DIRECTV's satellite signal.

10      4.    The relationship between DIRECTV and each customer is governed by
11  the Customer Agreement, key aspects of which are described to the subscriber
12  during telephone or internet sign-up process.  The Customer Agreement is sent to
13  each potential subscriber upon activation and is always available on DIRECTV's
14  website, www.directv.com. The Customer Agreement sets forth the parties' rights
15  and obligations and explains the terms and conditions for subscribing to DIRECTV.

16      5.    After a customer signs up for DIRECTV service, a welcome and
17  confirmation letter is generated and sent to the customer's home address or
18  customer-provided email address.  That letter or email contains a summary of
19  charges and also refers the customer to DIRECTV's Customer Agreement.  The
20  hard copy letter also encloses a full copy of the Customer Agreement.  The email (if
21  the customer had provided an email address) provides links to the Customer
22  Agreement and also informs the customer that he or she will receive a separate
23  email, within 24 hours, which contains a copy of the Customer Agreement.  The
24  Customer Agreement is then sent.  Thus, at the very outset of the relationship
25  between DIRECTV and the customer, the customer is made aware of the terms
26  under which service is provided, including the agreement to arbitrate disputes.
27  ///

687973   28

2

6.    A DIRECTV customer must receive equipment (satellite dish, set top boxes, etc.) at the time of installation in order to receive DIRECTV satellite services.  When a DIRECTV installer arrives at the customer's home to install receiving equipment, the Equipment Lease Addendum is presented to the customer on a handheld device for the customer to review.  That Equipment Lease Addendum contains references to some of the key provisions of the Customer Agreement, including the obligation to arbitrate disputes.  If the customer does not acknowledge receipt of the Equipment Lease Addendum and agree to its terms, by physically signing the digital work order presented to that customer, the installation does not move forward.

### The Customer Agreement between Plaintiff and DIRECTV

7.    Plaintiff ordered DIRECTV on January 31, 2008 via telephone.

8.    DIRECTV agents signing up potential customers via telephone are required to make certain disclosures and get agreement from the potential customer before an installation order can be placed.  One of the DIRECTV's Required Call Components requires the agent to tell a customer that the Customer Agreement requires individual arbitration of disputes with DIRECTV.

9.    Immediately after Plaintiff ordered DIRECTV service on January 31, 2008, DIRECTV emailed an individualized Order Confirmation to him providing a summary of his first-month's bill, information on his upcoming installation appointment, and a link to the then-operative April 24, 2007 Customer Agreement.

10.    A true and correct copy of the April 24, 2007, Customer Agreement in place when Plaintiff signed up for DIRECTV services is attached as Exhibit A and fully incorporated by this reference.

11.    A separate email with the April 24, 2007, Customer Agreement was then also sent to Plaintiff within 24 hours of the Order Confirmation, so that he would have received it before his installation on February 4, 2008.

3

12.   The April 2007 Customer Agreement begins with the following paragraph, **"THIS DOCUMENT DESCRIBES TERMS AND CONDITIONS OF RECEIPT AND PAYMENT OF DIRECTV SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 9). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR SERVICE. IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING."** Thus, it is made clear to the customer is that if he does not agree to accept the terms of the Customer Agreement he should notify DIRECTV immediately and service will be cancelled.  The Customer is also told that acceptance of service means "that you accept these terms and it will be legally binding" and that the agreement is subject to arbitration.

13.   I have checked DIRECTV's records, and neither after receiving the April 24, 2007, Customer Agreement, nor after initiating his service and programming, did Plaintiff contact DIRECTV to dispute the terms or conditions in the Customer Agreement, or cancel his DIRECTV service as he was required to do in order to avoid accepting its terms.

14.   A true and correct copy of Plaintiff's account history establishing the install of DIRECTV service is attached as Exhibit B.

15.   As of February 4, 2008, Plaintiff began using the DIRECTV Service under the terms of the 2007 Customer Agreement.  A true and correct copy of Plaintiff's Billing Ledger which reflects activation of his service on February 4, 2008 is attached as Exhibit C.

16.   In September 2008, Plaintiff apparently decided to move.  However, Plaintiff remained a customer of DIRECTV and requested that DIRECTV move his services on September 2, 2008, to a new residence located at 4182 Galbar Place, Oceanside, CA.  A true and correct copy of Plaintiff's account history establishing

the move of his DIRECTV account is attached hereto as Exhibit D.

### Equipment Lease Addendum

17.    The relationship between DIRECTV and each customer is also governed by the Equipment Addendum which is available on DIRECTV's website, www.directv.com.

18.    As a condition of having the receiving equipment installed, Plaintiff would have to have signed a digital work order, acknowledging receipt of the Equipment Lease Addendum and agreeing to its terms.  Because the service was installed in 2008, DIRECTV no longer has a copy of the signed digital work order. However, the Plaintiff would have had to sign it, otherwise the equipment would not have been installed.  The Equipment Lease Addendum explains the terms and conditions of leasing equipment form DIRECTV for the purpose of accessing DIRECTV's services.

19.    The Equipment Lease Addendum from 2008, which was the operative version when Plaintiff became a Customer, specifically states that "The Customer Agreement, together with this ELA, comprise the terms of your service agreement with DIRECTV."  The Equipment Lease Addendum also specifically references the arbitration provision contained in the Customer Agreement: "**ARBITRATION**. You and DIRECTV agree that both parties will resolve any dispute under this ELA, the DIRECTV Customer Agreement or regarding your DIRECTV service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement."  A true and correct copy of the 2008 Equipment Lease Addendum is attached hereto as Exhibit E.

### Plaintiff's Delinquent Account

20.    Plaintiff agreed to a two year contract with DIRECTV on February 4, 2008, and was informed at that time that if the commitment was not fulfilled, a prorated early termination fee of up to $480.00 would automatically would be

5

1  applied to the account. A true and correct copy of the Service Commitment

2  document evidencing Plaintiff's two year commitment is attached as Exhibit F and

3  fully incorporated by this reference.

4      21.    The Customer Agreement paragraph 5(b) states in part, "if you cancel

5  Service or change your Service package, you may be subject to an early

6  cancellation fee…"

7      22.    Plaintiff canceled his DIRECTV service on January 25, 2009, which

8  was prior to his two year commitment, and was assessed a pro-rated early

9  termination fee of $240.00.

10      23.    Plaintiff's final bill consisted of a past due balance of $158.46, early

11  cancellation fee of $240.00 and a late fee of $5.00. The total amount due on his

12  final bill was $403.46 which is reflected in the Billing Account Ledger attached

13  hereto as Exhibit C.

14      24.    I have verified that there is an outstanding balance of $403.46 on the

15  account that was canceled by Plaintiff on January 25, 2009. It is still due and

16  owing for services provided to Plaintiff pursuant to the Customer Agreement.

17      25.    The delinquent account was referred to outside collection agencies for

18  collection purposes starting April 15, 2009.

19      26.    The collection calls alleged by Plaintiff in his Complaint, if any, would

20  be related to the DIRECTV service provided by DIRECTV to the Plaintiff under

21  the terms of the Customer Agreement.

22      I declare under penalty of perjury that the foregoing is true and correct.

23  Executed on May 18, 2016, in El Segundo, California.

24

25

26                             By: _Eva Middleton Kniley_

27                              EVA KNILEY

28

687973

DECLARATION OF EVA KNILEY IN
SUPPORT OF DIRECTV'S MOTION TO
COMPEL ARBITRATION
CASE NO. 16-cv-00160-JLS-KSC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

687973

7

DECLARATION OF EVA KNILEY IN
SUPPORT OF DIRECTV'S MOTION TO
COMPEL ARBITRATION
CASE NO. 16-cv-00160-JLS-KSC

# EXHIBIT A



# DIRECTV.
# CUSTOMER AGREEMENT

Effective as of April 24, 2007, until replaced

**THIS DOCUMENT DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT AND PAYMENT OF DIRECTV® SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 9). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR SERVICE. IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING. TO RECEIVE OUR SERVICE, YOU MUST MAINTAIN YOUR EQUIPMENT AND YOUR ACCOUNT IN GOOD STANDING.**

**(TO OBTAIN THIS AGREEMENT IN SPANISH VISIT DIRECTV.COM/ACUERDO OR CALL 1-888-388-9622 PARA SOLICITAR ESTE DOCUMENTO. PARA OBTENER ESTE ACUERDO EN ESPAÑOL VISITE DIRECTV.COM/ACUERDO O LLAME AL 1-888-388-9622 PARA SOLICITAR ESTE DOCUMENTO.)**

**CONTACTING DIRECTV:**

You may contact us 24 hours a day, any day of the year by sending us an e-mail at directv.com/email or by writing to:

DIRECTV, Inc.
Customer Service
P.O. Box 6550
Greenwood Village, CO 80155-6550

You can also call us at 1-800-531-5000 and speak your request into our Automated Phone System, e.g., for technical issues – say 'technical'; for programming selections – say 'programming'; for programming questions – say the name of the package or service. We do not provide Service to addresses outside of the United States.

Thank you for choosing DIRECTV. DIRECTV provides digital satellite entertainment programming and services (referred to collectively as "Service") to residents of the United States. We do not provide Service to addresses outside of the United States.

If your bill for DIRECTV Service comes from a party other than DIRECTV, please use the contact information provided on your bill for any questions about your DIRECTV Service.

## CUSTOMER AGREEMENT

## 1. OUR SERVICE

These are the terms on which we will provide you Service:

(a) **Program Choices.** You must subscribe to a base package in order to receive additional Services such as premium movie services or sports subscriptions. All programming selections have their own rates, terms and conditions. Information about programming is at directv.com.

(b) **Ordering Pay Per View.** You may order Pay Per View Services by using your on-screen guide and remote control, by ordering at directv.com, by calling us and speaking the name of your event into our Automated Phone System, or by ordering through an agent. If you call an agent to order, the maximum fee may apply described in section 2). A reduced fee is available for Pay Per View orders placed at directv.com or through the Automated Phone System. To use your remote control to order, your receiver must be continuously connected to a land-based telephone line. Your order is transmitted via the telephone line, and during the short transmission period, you may not be able to use the line for other purposes. Repeated cancellation of previously ordered Pay Per View or On Demand Services may result in cancellation of your account, suspension or cancellation of your access to order, and restrictions on your use of Pay Per View Services, or imposition of additional fees for Pay Per View Services.

(c) **Your Programming Changes.** You may change your programming selection & 5(b)). Some programming may be purchased in minimum blocks of one month or multiples of one month.

(d) **Our Programming Changes.** Many changing considerations affect the availability, cost and quality of programming and customer demand for it. Accordingly, we may not be able to offer, and we reserve the unrestricted right to change, rearrange, add or delete our programming packages, the selections in those packages, our prices, and any other Service we offer, at any time. We will endeavor to notify you of any change that is within our reasonable control in advance. You always have the right to cancel your Service. In whole or in part, if you do not accept the change (see Section 5). If you cancel your Service, credits, if any, to your account will be posted as described in Section 5. If you do not cancel, your continued receipt of our Service will constitute acceptance.

(e) **Access Card.** You have received a conditional access card (referred to as the "Access Card") and a License Agreement governing your use of the Access Card while you are receiving our Service. Access Cards are nontransferable and are the exclusive property of DIRECTV. If you tell us that the original Access Card was lost, damaged, defective or stolen, we will replace it. As long as there is no evidence of unauthorized tampering with or modification of the Access Card, your account is in good standing, and they were used in a receiver (described in Section 2). Tampering with or inserting any device into or other unauthorized modification of the Access Card is prohibited and may result in criminal or civil action. Tampering with or inserting any device into your receiver or other than as an authorized unmodified Access Card is prohibited. DIRECTV reserves the right to cancel or replace the Access Card. Upon request, the card must be returned to DIRECTV. If you do not return the Access Card to DIRECTV when you cancel your Service, you may... Requesting Access Cards on behalf of other persons or for purposes other than lawful viewing of DIRECTV Service is prohibited.

(f) **Phone Connections.** For optimal performance of your Receiving Equipment, including ordering with your remote control or receiving certain Services, each of your receivers must be directly connected to the same land-based telephone line. If you add Service on additional TVs, you may purchase a separate subscription for each additional TV, or, if all your receivers are continuously connected to the same land-based telephone line, we can "mirror" programming to your additional TVs and charge you only the fee amount described in Section 2. You agree to provide true and accurate information about the location of your receivers. If we detect that any receiver is not regularly connected to a land-based telephone line, or we investigate and... it is determined that the receiver is not at the location identified on your account, we may disconnect the receiver or charge you the full programming subscription price for the receiver.

(g) **Mobile Units.** We provide Service to Receiving Equipment installed in mobile units such as campers, boats and other recreational vehicles. However, this Receiving Equipment is not eligible for the additional TV authorization discount described in 1(f).

(h) **Private Viewing.** We provide Service only for your private non-commercial use, enjoyment and home viewing. The programming may not be viewed in areas open to the public or in commercial establishments. You may not rebroadcast, transmit or perform the programming, charge admission for its viewing or transmit or distribute running accounts of it. You may not use any of our trademarks. Notwithstanding the provisions of Section 9, we or any programming provider may prosecute violations of the foregoing against you and other responsible parties in any court of competent jurisdiction, under the rules and regulations of the Federal Communications Commission and other applicable laws.

(i) **Blackouts.** Certain programming, including sports events, may be blacked out in your local reception area. Blackout restrictions are decided by the sports leagues and the other entities that own the broadcast rights. at directv.com or on more blackout information. If you circumvent or attempt to circumvent any of these blackouts, you may be subject to legal action.

(j) **Loss of Receiving Equipment.** You should notify us immediately if your receiver, remote control or receiving antenna dish (referred to collectively as "Receiving Equipment") is lost or stolen. If you notify us within 5 days, we will not charge you for unauthorized use. In any case, we will not charge you for unauthorized use occurring after we receive your notice. For leased Receiving Equipment, non-return fees as specified in the Equipment Lease Addendum will apply.

(k) **Transfer of Receiving Equipment.** We consider you to be responsible for, and the receipt of programming on, any Receiving Equipment you own. You are liable for charges incurred in the use of your Receiving Equipment by others until you notify us of a transfer. Leased Receiving Equipment may not be transferred.

(l) **Your Viewing Restrictions.** It is your responsibility to impose any viewing restrictions on other family members or guests, as you think appropriate. We are not responsible to you or anyone else based on the content of our programming. Please visit directv.com for information on parental controls, locks and limits and password protection on your account.

(m) **Change of Address.** You must notify us immediately of any change in your name, mailing address, residence address or telephone number.

## 2. PAYMENT

In return for receiving our Service, you promise to pay us as follows:

(a) **Programming.** You will pay in advance, at our rates at the time, for all Service ordered by you or anyone who uses your Receiving Equipment, with or without your permission, until the Service is canceled. The outstanding balance is due in full each month. We may, in our discretion, accept partial payments, which will be applied to the oldest outstanding statement. No "payment in full" notation or other restrictive endorsement written on your payments will restrict our ability to collect all amounts owed to us. We provide our Service on a minimum service level, at our sole discretion, you do not pay your statements on time, after any applicable grace period.

(b) **Taxes.** You will pay all taxes or other governmental fees and charges, if any, which are assessed.

(c) **Administrative Fee.** In order to control the basic charges, which apply to all customers, we charge fees that arise in specific circumstances only to those customers responsible for them. This list is not exclusive, and DIRECTV reserves the right to modify these fees or charge additional fees. Accordingly, you will pay the following fees when they are applicable:

(1) *Account Activation Fee:* We may charge you a fee of (i) **up to $100.00** or (ii) the maximum amount permitted under applicable law prior to or upon activation of your Service account, whichever is less.

(2) *Access Card Replacement Fee:* If you do not return the Access Card when requested to do so, or if we have to replace the Access Card, we may charge you a replacement fee of **up to $200.00**. If you return the old Access Card to us, you may receive partial credit to your account. If you request overnight delivery of the replacement Access Card, you must pay a shipping and handling fee of **up to $16.50**.

(3) *Additional TV Authorization Fee:* If you meet the qualifications described in Section 1(f), we may charge you a monthly fee of **up to $4.99** for separate Services on each additional TV, rather than a full subscription fee for Services on each additional TV. This reduced rate is available only if all receivers are located at your residence.

(4) *Administrative Late Fee*: **If we do not receive your payment by the due date on your bill, we may charge you an administrative late fee of (i) $5.00; or (ii) the maximum amount permitted under and subject to applicable law per month or partial month until the delinquent amount is paid in full.** This late fee is not an interest charge, finance charge, time price differential or other such charge or payment of a similar nature. You acknowledge that this fee is reasonably related to the actual expense we incur due to late payment and may be subject to limitations set forth by law in your state.

(5) *Change of Service Fee*: **If you change your Service package to a lower-priced package, we may charge you a fee the lesser of (i) up to $10.00; or (ii) the maximum amount permitted by applicable law.**

(6) *Phone Payment Fee*: **If you elect to pay any outstanding balance over the telephone with an agent, we may charge you the lesser of (i) up to $10.00; or (ii) the maximum amount permitted by applicable law.** If you elect to pay your bill through our Automated Phone System by saying "Pay my bill," or at directv.com.

(7) *Deposits*: We may require that you provide a deposit prior to or after activation of your Service, which we may apply against any unpaid amounts at any time. Deposits will appear on your bills as credits, from which we will deduct our charges. Deposits will not earn interest.

(8) *Order Assistance Fee*: If you order a Pay Per View Service by calling and speaking with an agent, we may charge you a fee of **up to $5.00, or up to $1.50** if you order via our Automated Phone System, for each separate movie, event or other program so ordered, even if it is later canceled. There is no order assistance fee for orders placed at directv.com.

(9) *Deactivation Fee*: If you cancel your Service or we deactivate your Service because of your failure to pay for some other breach on your part, we may charge you a fee the lesser of (i) **up to $15.00;** or (ii) the maximum amount permitted by applicable law.

(10) *Duplicate Statement Fee*: If you request a duplicate statement, we may charge you a fee the lesser of (i) **up to $1.75;** or (ii) the maximum amount permitted by applicable law. You may obtain a free copy.

(11) *Ledger Request Fee*: If you request a payment ledger itemizing past payments on your account, we may charge you a fee the lesser of (i) **up to $2.75;** or (ii) the maximum amount permitted by applicable law.

(12) *Returned Payment Fee*: If any bank or other financial institution refuses to honor any payment, draft or instrument submitted for payment to your account, we may charge you a fee the lesser of (i) **up to $20.00;** or (ii) the maximum amount permitted by applicable law. You acknowledge that this fee is not an interest charge, time price differential or other such charge or payment of a similar nature and it is reasonably related to the actual expense we incur due to unsatisfied payment.

(d) Billing Statements. We will send you a statement for each billing cycle (usually once every 30 days) unless you have a zero or nominal balance due, or a nominal credit balance, on your account at the end of a billing cycle. Statements will show: (1) payments, purchases and any other charges to your account; (2) the amount you owe us and (3) the payment due date. If you elect to make automatic credit or debit card payment, you will not receive monthly statements unless you request that they be sent.

(e) Questions About Your Statement. If you think your statement is incorrect or you want more information on collect, you should write to us. We will try to resolve any complaining you have as promptly as we can. **Undisputed portions of the statement must be paid by the due date to avoid a late fee and possible reduction or deactivation**

**of Service.**
Remember, if your bill for DIRECTV Service comes from a party other than DIRECTV, please use the contact information on your bill.

(f) Consents Regarding Credit. In order to establish an account with us, you authorize us to inquire into your creditworthiness (subject to Section 6), by checking with credit reporting agencies. Due to the subjective nature any payment to us, you also authorize us to report any late payment or nonpayment to credit reporting agencies. Due to the subjective nature of creditworthiness, we reserve the right to require prepayment for any Service via cashier's check, money order or credit card, notwithstanding your credit rating, past history or practice.

(g) Collection Costs. To the extent permitted by law, you will pay us any costs and fees we reasonably incur to collect amounts you owe us.

## 3. CUSTOMER INFORMATION

(a) Representations. You represent that you are at least 18 years of age and a resident of the United States.

(b) Contact Information. You agree to provide true, accurate, current and complete contact information about yourself, and maintain and promptly update your contact information to keep it true, accurate and complete.

(c) Online Access. You are responsible for maintaining the confidentiality of the password and account username used for online billing and account maintenance at directv.com, and are fully responsible for all activities that occur under your password and account. You agree to: (i) keep your username and password confidential and not share them with anyone else; (ii) immediately notify DIRECTV in the event of any loss or theft of your username and/or any other breach of security and (iii) use only your username and password to log into directv.com.

## 4. CHANGES IN CONTRACT TERMS

We reserve the right to change the terms and conditions on which we offer Service. If we make any such changes, we will send you a copy of your new Customer Agreement containing all effective terms. You always have the right to cancel your Service, in whole or in part at any time, and you agree that if you do not accept any such changed terms or conditions. If you do cancel, you may be charged an early cancellation fee if you entered into a separate programming commitment or a deactivation fee. You will not be issued a credit, if any, in accordance with Section 5. If you elect not to cancel your Service after receiving a new Customer Agreement, your continued receipt of Service from us will constitute acceptance of the changed terms and conditions. If you notify us that you do not accept the changes, then we may cancel your Service as provided in Section 5 as we cannot offer Service to different customers on different terms, among other reasons.

## 5. CANCELLATION

(a) Term. The term of this Agreement is indefinite and Service will continue until cancelled as provided herein. **UNLESS YOU NOTIFY US THAT YOU WISH TO CANCEL IT, WE WILL AUTOMATICALLY RENEW SERVICE THAT YOU SUBSCRIBE TO ON A PERIODIC BASIS, INCLUDING ANY MONTHLY OR ANNUAL SUBSCRIPTIONS AND SEASONAL SPORTS SUBSCRIPTIONS, AS LONG AS WE CONTINUE TO CARRY THE SERVICE.**

(b) Your Cancellation. You may cancel Service by notifying us. You may be charged a deactivation fee as described in Section 2 and issued a credit as described below. Your cancellation is effective on the day we receive it. You will still be responsible for payment of all outstanding balances accrued through that effective date. In addition to any deactivation or change of service fees provided in Section 2, if you cancel Service or change your Service package, you may be subject to an early cancellation fee if you entered into a programming commitment with DIRECTV. If DIRECTV in connection with obtaining Receiving Equipment, and have failed to maintain the required programming package for the required period of time.

For Services sold only in blocks of one month or multiples of one month, if you cancel such Service, we will credit you only for full months not used. For example, if you subscribe for a year of such Service from January to December, and cancel in October, we will credit you for January through March. Additionally, we will not credit seasonal sports subscriptions after the season starts.

(c) Our Cancellation. We may cancel your Service at any time if you fail to pay amounts owing to us when due, subject to any grace periods, breach any other material provision of this Agreement, or act abusively toward our staff. In such case, you will still be responsible for payment of all outstanding balances accrued through that effective date, including the deactivation fee if you elect not to accept any changed terms described to you, as provided in Section 4.

(d) Credit Balances. If you have a credit balance after the close of your account and issuance of the final bill, we will automatically issue you a refund. However, if your credit balance is less than $1.00, we will not issue you a refund unless you request one. If you request a refund for the value of make such a written request for the refund within one year of the close of your account, you forfeit any credit balance remaining on your account and your account balance will be reset to zero.

(e) Payment Upon Cancellation. You acknowledge that you have provided your credit or debit card account information to us. You understand that you will incur fees and charges as a result of your receipt and use of Service and/or Receiving Equipment, and may incur early cancellation fees and/or equipment non-return fees (as specified in any lease, programming or other service commitment agreement you entered into in connection with obtaining Receiving Equipment). By giving us your credit or debit card account information, you authorize us to satisfy any such amounts due upon cancellation, with applicable, as described under Section 6 and/or in such agreement. You further acknowledge that you are required to maintain current credit or debit card information with us and agree to notify us whenever there is a change in such information, such as a change in the card number or the expiration date.

## 6. PERSONAL DATA

We collect Personally Identifiable Information about our customers ("Personal Data"). The use and disclosure of this Personal Data is governed by our Privacy Policy and, to the extent not inconsistent with the Privacy Policy, by this Agreement. A copy of our Privacy Policy is available at directv.com. We will also send you a copy if you send your written request to this address: DIRECTV Privacy Policy, P.O. Box 29079, Glendale, CA 91209-9079.

## 7. DIRECTV DVR SERVICE

DIRECTV DVR Service is a separately sold service, at our rates in effect at the time, available to customers with DVR-enabled Receiving Equipment. DIRECTV DVR Service gives you the ability to see and record televised programs ("Third Party Content"). You understand that DIRECTV does not guarantee the access to or recording of any particular program, or the length of time any particular recorded program may remain available for your viewing. You also understand that Third Party Content is the copyrighted material of the third party that supplies it, is protected by copyright and other applicable laws, and may not be reproduced, published, broadcast, rewritten or redistributed without the written permission of the third party that supplied it, except to the extent allowed under the "fair use" provisions of the U.S. copyright laws or comparable provisions of foreign laws. You agree that DIRECTV will have no liability to you, or anyone else who uses your DIRECTV DVR Service, with regard to any Third Party Content. DIRECTV may, at its discretion, from time to time, change, add or remove features of the DIRECTV DVR Service, or change the service fee for DIRECTV DVR Service.

We generally use local telephone calls to provide the DIRECTV DVR Service. You are responsible for such telephone charges and acknowledge and agree that you shall be solely responsible for all disputes with any telephone company related to the same.

If you paid a "lifetime service fee," you will not be charged a fee for your

By receiving the DIRECTV DVR Service, as long as you maintain television programming service from DIRECTV, you agree to the following terms. DIRECTV may discontinue your DIRECTV DVR Service interruption. This service interruption may be the same as account, your DIRECTV DVR programming service. DIRECTV DVR Service will be recoinnected and you will not be charged a fee for DIRECTV DVR Service.

By receiving the DIRECTV DVR Service, you agree to be the following license. The term "Software" shall include any updates, modified versions, additions and copies of certain software for the DIRECTV DVR Service or your Receiving Equipment that may be provided by DIRECTV from time to time. The term "End User Documentation" shall mean the documentation and related explanatory written materials provided to you in connection with licensing by you of any Software. DIRECTV grants to you a non-exclusive license to use the Software, provided that you agree to the following:

(a) **License Grant.** You may use the Software solely in executable code form and solely in conjunction with your Receiving Equipment.

(b) **Restrictions.** You may not copy, modify, transfer, disseminate or publish the Software, or any copy thereof, in whole or in part. You may not reverse engineer, disassemble, decompile or translate the Software, or otherwise attempt to derive the source code of the Software, except to the extent allowed under any applicable law. Any attempt to transfer any of the rights, duties or obligations of this license agreement is void. You may not rent, lease, load, resell for profit or distribute the Software, or any part thereof.

(c) **Ownership.** The Software is licensed, not sold, to you solely for your use under the terms of this license agreement, and DIRECTV and its suppliers reserve all rights not expressly granted to you. You shall own the media, if any, on which Software or End User Documentation is recorded, but DIRECTV and its suppliers retain ownership of all copies of the Software itself.

(d) **Term.** If you breach any term or condition of this license agreement, this license agreement will terminate immediately upon notice to you.

(e) **Reservation of Rights.** Except as stated above, this license agreement does not grant to you any intellectual property rights in the Software.

(f) **Warranty Disclaimer.** NEITHER DIRECTV NOR ANY OF ITS REPRESENTATIVES MAKES OR PASSES ON TO YOU OR ANY OTHER THIRD PARTIES ANY WARRANTY OR REPRESENTATION ON BEHALF OF DIRECTV OR ITS SUPPLIERS (INCLUDING TIVO) WITH RESPECT TO THE SOFTWARE, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS.

(g) **Limitation of Liability.** IN NO EVENT WILL DIRECTV OR ITS SUPPLIERS BE LIABLE TO YOU WITH RESPECT TO THE SOFTWARE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES. DIRECTV OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY. Some states or jurisdictions do not allow the exclusion or limitation of incidental, consequential or special damages, so the above limitations may not apply to you.

(h) **Third-Party Beneficiary.** DIRECTV and you expressly acknowledge and agree that TiVo, Inc., a Delaware corporation with its principal place of business at 2160 Gold Street, Alviso, CA 95002, is an intended third-party beneficiary of this license agreement as it relates to the software that may be contained in the Receiving Equipment. These license provisions are made expressly for the benefit of TiVo and are enforceable by TiVo in addition to DIRECTV.

## 8. LIMITS ON OUR RESPONSIBILITY

(a) **Service Interruptions.** Service may be interrupted from time to time for a variety of reasons. We are not responsible for any interruptions of Service that occur due to acts of God, power failure or any other cause beyond our reasonable control. However, because we value our customers, for an interruption of a significant length of time that is within our reasonable control, upon your request we will provide what we reasonably determine

to be a fair and equitable adjustment to your account to make up for such Service interruption. THIS WILL BE YOUR SOLE REMEDY AND OUR SOLE DUTY IN SUCH CASES.

(b) **Disclaimers.** EXCEPT AS EXPRESSLY PROVIDED HEREIN, WE MAKE NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, REGARDING YOUR SERVICE, YOUR RECEIVING EQUIPMENT, OR ALL SUCH WARRANTIES OR REPRESENTATIONS, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT ARE DISCLAIMED.

(c) **Limitations of Liability.** WE ARE NOT RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES OR LOSSES RELATING TO YOUR RECEIVING EQUIPMENT OR ANY SERVICE, WHETHER BASED ON NEGLIGENCE OR OTHERWISE. REGARDLESS OF THE CAUSE, OUR TOTAL LIABILITY FOR DAMAGES OR LOSSES TO YOU AND ANY OTHER PERSONS RECEIVING OUR SERVICE, WILL IN NO EVENT EXCEED THE AMOUNT THAT YOU HAVE PAID TO US FOR THE SERVICE THAT YOU HAVE RECEIVED. UNLESS OTHERWISE APPLICABLE TO YOU UNDER THE SPECIFIC EVENT THAT GAVE RISE TO THE ALLEGED DAMAGE OR LOSS, THIS ALLOCATION OF RISK IS REFLECTED IN OUR PRICES. You may have additional rights than described above under your state's laws. You should consult them.

(d) **Warranty Services.** You agree that this Agreement does not provide for, and the Service does not include, any warranty services or other services that we might provide separately, including, without limitation, any fee-based or other warranty programs.

## 9. RESOLVING DISPUTES

In order to expedite and control the cost of disputes, you and we agree that any legal or equitable claim relating to this Agreement, any addendum, or your Service (referred to as a "Claim") will be resolved as follows:

(a) **Informal Resolution.** We will first try to resolve any Claim informally. Accordingly, neither of us may start a formal proceeding (except for Claims described in Section 9(d) below) for at least 60 days after one of us notifies the other of a Claim in writing. You will send your notice to the address on the first page of a Claim in writing, and we will send our notice to your billing address.

(b) **Formal Resolution.** Except as provided in Section 9(d), if we cannot resolve a Claim informally, any Claim either of us asserts will be resolved only by binding arbitration. The arbitration will be conducted under the rules of JAMS that are in effect at the time the arbitration is initiated (referred to as the "JAMS Rules") and under the rules set forth in this Agreement. If there is a conflict between the JAMS Rules and the rules set forth in this Agreement, the rules set forth in this Agreement will govern. **ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL.** You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law. If you decide to initiate arbitration, you agree to tell us in writing the amount that you would pay to file a lawsuit against us in the appropriate court of law in your state. Unless we agree to pay more for you, you only need to pay an arbitration initiation fee equal to such court filing fee, but not to exceed $125, even if you are seeking to have us pay additional fees or deposit required by JAMS to initiate your arbitration. We also agree to pay the costs of the arbitration proceeding. Other fees, such as attorney's fees and expenses of travel to the arbitration will be paid in accordance with JAMS Rules. The arbitration will be held at a location in your hometown area unless you and we both agree to another location or telephonic arbitration. To start an arbitration, you or we must do the following things:

(1) Write a Demand for Arbitration. The demand must include a description of the Claim and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at jamsadr.com.

(2) Send three copies of the Demand for Arbitration, plus the appropriate filing fee to:

**JAMS**
500 North State College Blvd., Suite 600
Orange, CA 92868
1-800-352-5267

(3) Send one copy of the demand for arbitration to the other party.

(c) **Special Rules.** (i) In the arbitration proceeding, the arbitrator has no authority to rule on an issue of law, and you and we may be challenged if our arbitrator does not. Others of us, so that your Service will not be interrupted on all parties and may be enforced in any federal or state court that has jurisdiction. (ii) Neither you nor we shall be entitled to join or consolidate claims in arbitration by or against other individuals or entities, or arbitrate any claim as a representative member of a class or in a private attorney general capacity. Accordingly, you and we agree that the JAMS Class Action Procedures do not apply to our arbitration. If, however, the law of your state would find this agreement to dispense with class arbitration procedures unenforceable, then this entire Section 9 is unenforceable.

(d) **Exceptions.** Notwithstanding the foregoing: (i) any Claim based on Section 10 below, or dispute involving a violation of the Communications Act of 1934, 47 U.S.C. § 605, the Digital Millennium Copyright Act, 17 U.S.C. § 1201, the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 or any other statement at law governing theft of service, may be decided only by a court of competent jurisdiction.

## 10. MISCELLANEOUS

(a) **Notice.** Notices to you will be deemed given when personally delivered, addressed to you at your last known address and deposited in the U.S. Mail (which may include your billing statement), or sent via internet to the e-mail address you provided us or sent via satellite to your receiver or delivered when a voice message is left at the telephone number on your account. Your notices to us will be deemed given when we receive them at the address or telephone number on the first page of this Agreement.

(b) **Applicable Law.** The interpretation and enforcement of this Agreement shall be governed by the rules and regulations of the Federal Communications Commission, other applicable federal laws, and the laws of the state and local area where Service is provided to you. This Agreement is subject to modification if required by such laws. Notwithstanding the foregoing, Section 9 shall be governed by the Federal Arbitration Act.

(c) **Assignment.** We may assign your account or this Agreement and all rights and/or obligations hereunder to any third party without notice for any purpose, including, without limitation, collection of unpaid amounts, or in connection with a sale of some or all of our business or a corporate reorganization, corporate merger or sale of substantially all of the party's assets to another entity. You hereby consent to such assignment. You must continue making all required payments to us in accordance with your billing statement, unless notified otherwise.

(d) **Entire Agreement.** This Agreement and any lease, activation, programming or other service commitment agreement that you entered into in connection with obtaining Receiving Equipment constitute our entire agreement. No salesperson or other representative is authorized to change it. If any provision is declared by a competent authority to be invalid, that provision will be deleted or modified to the extent necessary, and the rest of the Agreement will remain enforceable. The terms of this Agreement that expressly or by their nature survive termination shall continue thereafter until fully performed.

**THANK YOU.**

©2007 DIRECTV, Inc. DIRECTV and the Cyclone Design logo are registered trademarks of DIRECTV, Inc. 0307 0309905351

# EXHIBIT B

# History

 Name: ROY TUCK          Cust. ID:          Zip: 92008

DNIS:          DMA:          Ownership:          Locals: Not Available

❚ New Call ❚ Search ❚ Cust Info ❚ Offer ❚ NewOrder ❚ History ❚ Admin ❚ End Call ❚ Log-Out ❚

| | |
|---|---|
| **Name:** | ROY  TUCK |
| **Address:** | 5465 EL ARBOL DR |
| **CSZ:** | CARLSBAD CA 92008 |
| **Phone:** | 559-298-0240 |

**Alternate Phone:**

**Path Name:**   DIRECTV.com Call In - 2706          **Dealer:**   1735692          **Chain:**   6001

| Service address | Billing address | Shipping address | CC address |
|---|---|---|---|
| ROY TUCK | ROY TUCK | ROY TUCK | ROY TUCK |
| 5465 EL ARBOL DR | 5465 EL ARBOL DR | 5465 EL ARBOL DR | 5465 EL ARBOL DR |
| CARLSBAD,CA - 92008 USA | CARLSBAD,CA - 92008 USA | CARLSBAD,CA - 92008 USA | CARLSBAD,CA - 92008 USA |
| 5592980240 | 5592980240 | 5592980240 | 5592980240 |

## Order

| Order ID | Date | Total | Type | Status |
|---|---|---|---|---|
| 123358635 | 1/28/2009 8:05:00 AM | $0.00 | | Hardware Shipped: yes / Hardware Installed: no / Account Activated: no |
| 58757161 | 12/2/2008 5:45:00 PM | $16.16 | | Hardware Shipped: yes / Hardware Installed: no / Account Activated: yes |
| 54490758 | 8/7/2008 7:14:00 PM | $0.00 | | Hardware Shipped: no / Hardware Installed: yes / Account Activated: yes |
| 47516576 | 1/31/2008 12:22:00 PM | $534.44 | | Hardware Shipped: no / Hardware Installed: yes / Account Activated: yes |

### DirecTV Order # 47516576   Escalations for this Order

### DirecTV Order Information

| Action | DTV Account | Install Account | Rep ID | Total Prod | Total S&H | Total Tax |
|---|---|---|---|---|---|---|
| CANCEL   Modify | 75617290 | 8972200043018004 | 2110154 | $534.44 | $0.00 | $38.44 |

### DirecTV Order Details

| Select | Detail Id | Product | Price | S & H | Tax | Ship | Track # | Deliv | Inst | Activ | Ret | Cancel | Recurring Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1118950446 | Handling | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950445 | Cinemax | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950444 | SHOWTIME | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950443 | STARZ! | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950435 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $99.00 | $0.00 | $7.67 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950436 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $99.00 | $0.00 | $7.67 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950437 | Standard IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950438 | Standard IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950439 | PLUS HD DVR™ P000006364000000001 | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| ☐ | 1118950440 | DVR Service | $0.00 | $0.00 | $0.00 | $0.00 | | | 2/4/2008 | 2/4/2008 | | | $0.00 |
| | | Advanced Receiver- | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1118950441 | HD_Tier 1 Monthly | $0.00 | $0.00 | $0.00 | $0.00 | 2/4/2008 | 2/4/2008 | $10.00 |
| ☐ | 1118950442 | HBO | $0.00 | $0.00 | $0.00 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |
| ☐ | 1118950429 | DIRECTV HD-DVR System | $99.00 | $0.00 | $7.68 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |
| ☐ | 1118950430 | Standard Professional Install | $0.00 | $0.00 | $0.00 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |
| ☐ | 1118950432 | DIRECTV® Slimline Dish | $0.00 | $0.00 | $0.00 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |
| ☐ | 1118950433 | DIRECTV® HD DVR (Expanded HD Prog Capable) | $0.00 | $0.00 | $0.00 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |
| ☐ | 1118950434 | DIRECTV® HD DVR (Expanded HD Prog Capable) | $199.00 | $0.00 | $15.42 | $0.00 | 2/4/2008 | 2/4/2008 | $0.00 |

| DirecTV Financial Details | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Detail Id | Date | Debit / Credit | Payment Type | Trans Reason | Total $ | Total Product | Total S&H | Tax | DR Date | CR Date |
| 15388910 | 2/1/2008 3:10:00 AM | Debit | Visa | New sale | $534.44 | $496.00 | $0.00 | $38.44 | N.A. |



order management system

# EXHIBIT C

```
ACCOUNT NUMBER = 075617290

 DTV                              Show Subscriber                04/26/16 04:27
 Acct: 075617290 Name: ROY TUCK                          Status: COLL
 Business Name:  N                               Cust Seg: N - - -9
 Name:          ROY        TUCK
                                             Amount Due:        .00
 Address:       4182      GALBAR PL          Past Due:          .00
                                             PPV Limit       200.00
 Apartment No:                               Comments:         27
 Zip Code:      92056-420682
 City:          OCEANSIDE              *State/Prov: CA
*County:        SAN DIEGO       *Country: USA     *Account Type: REG
 Home Phone:    760 295-2903        Use Alt Mailing Address: Y
 Bus. Phone:              Ext:       In Broadcast Area:      Y
                                     *Cable Status:          A
*Id 1:
*Id 2:  OTHER    1                  Sell Name To Mailing List: N
                                    Receive Promotional Calls: N
 Password:                          Receive Promotional Mail:  N
 Chain/Dealer: DIRECTV SALES/GENERAL MARKET - 3


 Services         DSS Access Card    Comments        Change
 CMS Card Chg Hist  Billing Ledger   Commercial Attrs   Select New Account
```

```
DTV                           Show Subscriber              04/26/16 04:27
Acct: 075617290 Name: ROY TUCK                              Status: COLL
Use Alternate Mailing Address:     Y    Address Code1 Update:     Y
                        Name:      ROY TUCK
                        Address:   1600     E VISTA WAY

                    *Apt/Bldg Type: SPC            No: 85
                    City:      VISTA
                    *State/Prov: CA
                    Zip Code:  92084-343285         *Country:  USA



Use Credit Card:  N              Use Electronic Funds Transfer: N
*Credit Card Type: VI            Bank ID Number:
Credit Card Num:  *************2462   Bank Acct Number:
Expiration Date:  01/2010        Verify Received:
Debit Card Due Date:             EFT Transmission Days:
                                 EFT Due Date:
                *Statement Option: Y


Services            DSS Access Card    Comments          Change
Sub Demographics    Billing Ledger     Commercial Attrs  Select New Account
```

```
DTV                            Show Subscriber                    04/26/16 04:27
Acct: 075617290 Name: ROY TUCK                              Status: COLL
Create Date:           01/31/2008      Subscriber Acct Ind: 04
Activate Date:         02/04/2008      Bill Cycle Day:      04
                                       Service Cycle Day:   04
Last Modified Date:    04/25/2016      Last Billed Date:    04/04/2016
Last Modified By:      00R8430         Last Bill Due Date:  04/24/2009
                                       Last Bill Amount:        0.00
Service Suspend Date:                  Last Payment Date:   12/24/2008
Disconnect Date:       01/25/2009      Amt Due At Last EOM:     0.00
Disconnect Reason Code: 1002
                                       Tax Geo Code:        05-073-2360
Cutoff Date:                           Time Zone:           P
Cutoff Extended By:                    Daylight Savings:    Y
Cutoff Level:                          Census Tract:        018519
Non Pay Code:                          Census Block Group:  1
Write-Off Amount:          403.46      Latitude:             331980 N
Dealer Acct Type:      DEP             Longitude:           1172823 W
Created By Dealer:     Y 001735692 GENERAL MARKET - 3
Chain Number/Name:     06001  DIRECTV SALES
Services           DSS Access Card    Comments          Change
Sub Demographics   Billing Ledger     Commercial Attrs  Select New Account
```

```
DTV                          Billing Ledger              04/26/16 04:38
  Acct No: 075617290    Name: ROY TUCK                    Status: COLL
                                                                     ->
```

| Date | Service | Code | From | To | Tax | Amount | Balance |
|------|---------|------|------|-----|-----|--------|---------|
| 02/04/08 | Primary TV | F950000001 | 02/04/08 | 03/03/08 | .39 | 4.99 | 5.38 |
| 02/04/08 | PrimaryTVFree | F950000002 | 02/04/08 | 03/03/08 | -0.39 | -4.99 | 0.00 |
| 02/04/08 | WELCOME TO DTV | B000005712 | 02/04/08 | 02/03/09 | | | 0.00 |
| 02/04/08 | INSTREBAT_POS | B000006031 | 02/04/08 | 02/03/10 | | | 0.00 |
| 02/04/08 | HBSTSHCMX | P000002165 | 02/04/08 | 03/03/08 | | 42.00 | 42.00 |
| 02/04/08 | PLUSHDDVREXP | P000006364 | 02/04/08 | 03/03/08 | | 69.99 | 111.99 |
| 02/04/08 | HDACTIER1 | P000006376 | 02/04/08 | 03/03/08 | | 9.99 | 121.98 |
| 02/04/08 | SHOHD | P000006412 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | HBOHD | P000006413 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | LOCALSHD | P000006414 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | STARZHD | P000006478 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | CMAXHD | P000006479 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | AdvRcvDVR | B000005429 | 02/04/08 | 03/03/08 | | | 121.98 |
| 02/04/08 | Disconnect Adj | P000006376 | 02/04/08 | 03/03/08 | | -9.99 | 111.99 |
| 02/04/08 | CR HBO/STZ/SHO/ | | | | | -42.00 | 69.99 |
| 02/04/08 | Additional TV | F950000000 | 02/04/08 | 03/03/08 | .39 | 4.99 | 75.37 |
| 02/04/08 | Additional TV | F950000000 | 02/04/08 | 03/03/08 | .39 | 4.99 | 80.75 |
| 02/04/08 | Additional TV | F950000000 | 02/04/08 | 03/03/08 | .39 | 4.99 | 86.13 |
| 02/04/08 | Additional TV | F950000000 | 02/04/08 | 03/03/08 | .39 | 4.99 | 91.51 |
| 02/04/08 | Additional TV | F950000000 | 02/04/08 | 03/03/08 | .39 | 4.99 | 96.89 |
| 02/05/08 | First Bill | | 02/04/08 | 02/24/08 | | | 96.89 |
| 02/08/08 | RUSH HOUR 3 ADT | E170001942 | 02/07/08 | | | 3.99 | 100.88 |
| 02/11/08 | DTVCinema | B000006381 | 02/11/08 | 03/03/08 | | | 100.88 |
| 02/20/08 | DTVHDXTRPK | P000006688 | 02/20/08 | 05/19/08 | | | 100.88 |
| 02/20/08 | HDACTIER7 | P000006379 | 02/20/08 | 03/03/08 | | 4.33 | 105.21 |
| 02/20/08 | Disconnect Adj | P000006379 | 02/20/08 | 03/03/08 | | -4.33 | 100.88 |
| 03/01/08 | UFC 82:PRIDE OF | E171000007 | 03/01/08 | 03/03/08 | | 54.95 | 155.83 |
| 03/01/08 | One Time CCard | | | | | -54.95 | 100.88 |
| 03/02/08 | CR HBO/STZ/SHO/ | | | | | -42.00 | 58.88 |
| 03/04/08 | RCREDIT-12 | | | | | -3.00 | 55.88 |

| 03/04/08 | RCREDIT-VARIES | | | | | -1.00 | 54.88 |
|---|---|---|---|---|---|---|---|
| 03/05/08 | Additional TV | F950000000 | 03/04/08 | 04/03/08 | .39 | 4.99 | 60.26 |
| 03/05/08 | Additional TV | F950000000 | 03/04/08 | 04/03/08 | .39 | 4.99 | 65.64 |
| 03/05/08 | Additional TV | F950000000 | 03/04/08 | 04/03/08 | .39 | 4.99 | 71.02 |
| 03/05/08 | Additional TV | F950000000 | 03/04/08 | 04/03/08 | .39 | 4.99 | 76.40 |
| 03/05/08 | Additional TV | F950000000 | 03/04/08 | 04/03/08 | .39 | 4.99 | 81.78 |
| 03/05/08 | PLUSHDDVREXP | P000006364 | 03/04/08 | 04/03/08 | | 72.99 | 154.77 |
| 03/05/08 | HBSTSHCMX | P000002165 | 03/04/08 | 04/03/08 | | 43.00 | 197.77 |
| 03/05/08 | Primary TV | F950000001 | 03/04/08 | 04/03/08 | .39 | 4.99 | 203.15 |
| 03/05/08 | PrimaryTVFree | F950000002 | 03/04/08 | 04/03/08 | -0.39 | -4.99 | 197.77 |
| 03/05/08 | Monthly Bill | | 03/04/08 | 03/24/08 | | | 197.77 |
| 03/29/08 | One Time CCard | | | | | -197.77 | 0.00 |
| 04/02/08 | CR HBO/STZ/SHO/ | | | | | -42.00 | -42.00 |
| 04/04/08 | RCREDIT-12 | | | | | -3.00 | -45.00 |
| 04/04/08 | RCREDIT-VARIES | | | | | -1.00 | -46.00 |
| 04/05/08 | Additional TV | F950000000 | 04/04/08 | 05/03/08 | .39 | 4.99 | -40.62 |
| 04/05/08 | Additional TV | F950000000 | 04/04/08 | 05/03/08 | .39 | 4.99 | -35.24 |
| 04/05/08 | Additional TV | F950000000 | 04/04/08 | 05/03/08 | .39 | 4.99 | -29.86 |
| 04/05/08 | Additional TV | F950000000 | 04/04/08 | 05/03/08 | .39 | 4.99 | -24.48 |
| 04/05/08 | Additional TV | F950000000 | 04/04/08 | 05/03/08 | .39 | 4.99 | -19.10 |
| 04/05/08 | PLUSHDDVREXP | P000006364 | 04/04/08 | 05/03/08 | | 72.99 | 53.89 |
| 04/05/08 | HBSTSHCMX | P000002165 | 04/04/08 | 05/03/08 | | 43.00 | 96.89 |
| 04/05/08 | Primary TV | F950000001 | 04/04/08 | 05/03/08 | .39 | 4.99 | 102.27 |
| 04/05/08 | PrimaryTVFree | F950000002 | 04/04/08 | 05/03/08 | -0.39 | -4.99 | 96.89 |
| 04/05/08 | Monthly Bill | | 04/04/08 | 04/24/08 | | | 96.89 |
| 04/30/08 | One Time CCard | | | | | -96.89 | 0.00 |
| 05/04/08 | RCREDIT-12 | | | | | -3.00 | -03.00 |
| 05/05/08 | DTVHDXTRPK | P000006688 | 05/20/08 | 06/03/08 | | 2.49 | -00.51 |
| 05/05/08 | Additional TV | F950000000 | 05/04/08 | 06/03/08 | .39 | 4.99 | 4.87 |
| 05/05/08 | Additional TV | F950000000 | 05/04/08 | 06/03/08 | .39 | 4.99 | 10.25 |
| 05/05/08 | Additional TV | F950000000 | 05/04/08 | 06/03/08 | .39 | 4.99 | 15.63 |
| 05/05/08 | Additional TV | F950000000 | 05/04/08 | 06/03/08 | .39 | 4.99 | 21.01 |
| 05/05/08 | Additional TV | F950000000 | 05/04/08 | 06/03/08 | .39 | 4.99 | 26.39 |
| 05/05/08 | PLUSHDDVREXP | P000006364 | 05/04/08 | 06/03/08 | | 72.99 | 99.38 |

```
05/05/08   HBSTSHCMX      P000002165 05/04/08 06/03/08           43.00   142.38
05/05/08   Primary TV     F950000001 05/04/08 06/03/08    .39      4.99   147.76
05/05/08   PrimaryTVFree  F950000002 05/04/08 06/03/08   -0.39    -4.99   142.38
05/05/08   Monthly Bill              05/04/08 05/24/08                    142.38
05/25/08   UFC 84: Ill Wil E173005485 05/24/08                   54.95   197.33
06/04/08   RCREDIT-12                                            -3.00   194.33
06/05/08   Late Fee       L000000014 06/04/08                     5.00   199.33
06/05/08   DTVHDXTRPK     P000006688 06/04/08 07/03/08            4.99   204.32
06/05/08   Additional TV  F950000000 06/04/08 07/03/08    .39      4.99   209.70
06/05/08   Additional TV  F950000000 06/04/08 07/03/08    .39      4.99   215.08
06/05/08   Additional TV  F950000000 06/04/08 07/03/08    .39      4.99   220.46
06/05/08   Additional TV  F950000000 06/04/08 07/03/08    .39      4.99   225.84
06/05/08   Additional TV  F950000000 06/04/08 07/03/08    .39      4.99   231.22
06/05/08   PLUSHDDVREXP   P000006364 06/04/08 07/03/08           72.99   304.21
06/05/08   HBSTSHCMX      P000002165 06/04/08 07/03/08           43.00   347.21
06/05/08   Primary TV     F950000001 06/04/08 07/03/08    .39      4.99   352.59
06/05/08   PrimaryTVFree  F950000002 06/04/08 07/03/08   -0.39    -4.99   347.21
06/05/08   Monthly Bill              06/04/08 06/24/08                    347.21
06/19/08   LVL1 Disc Adj  P000006688 06/19/08 07/03/08           -2.49   344.72
06/19/08   LVL1 Disc Adj  P000006364 06/19/08 07/03/08          -36.50   308.22
06/19/08   LVL1 Disc Adj  P000002165 06/19/08 07/03/08          -21.50   286.72
06/19/08   MINSVC         P000001853 06/19/08 07/03/08            2.50   289.22
06/19/08   One Time CCard                                      -347.21   -57.99
06/19/08   Phone Transact F000000001 06/19/08 06/19/08            5.00   -52.99
06/19/08   AdvRcvDVR      B000005429 06/19/08 07/03/08                   -52.99
06/19/08   HBSTSHCMX      P000002165 06/19/08 07/03/08           21.50   -31.49
06/19/08   PLUSHDDVREXP   P000006364 06/19/08 07/03/08           36.50     5.01
06/19/08   DTVHDXTRPK     P000006688 06/19/08 07/03/08            2.49     7.50
07/04/08   RCREDIT-12                                            -3.00     4.50
07/05/08   DTVHDXTRPK     P000006688 07/04/08 08/03/08            4.99     9.49
07/05/08   Additional TV  F950000000 07/04/08 08/03/08    .39      4.99    14.87
07/05/08   Additional TV  F950000000 07/04/08 08/03/08    .39      4.99    20.25
07/05/08   Additional TV  F950000000 07/04/08 08/03/08    .39      4.99    25.63
07/05/08   Additional TV  F950000000 07/04/08 08/03/08    .39      4.99    31.01
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/05/08 | Additional TV | F950000000 | 07/04/08 | 08/03/08 | .39 | 4.99 | 36.39 |
| 07/05/08 | PLUSHDDVREXP | P000006364 | 07/04/08 | 08/03/08 | | 72.99 | 109.38 |
| 07/05/08 | HBSTSHCMX | P000002165 | 07/04/08 | 08/03/08 | | 43.00 | 152.38 |
| 07/05/08 | Primary TV | F950000001 | 07/04/08 | 08/03/08 | .39 | 4.99 | 157.76 |
| 07/05/08 | PrimaryTVFree | F950000002 | 07/04/08 | 08/03/08 | -0.39 | -4.99 | 152.38 |
| 07/05/08 | Monthly Bill | | 07/04/08 | 07/24/08 | | | 152.38 |
| 07/15/08 | Disconnect Adj | P000002165 | 07/15/08 | 08/03/08 | | -28.67 | 123.71 |
| 07/18/08 | DTVCinema | B000006381 | 07/18/08 | 08/03/08 | | | 123.71 |
| 07/20/08 | PREMIER | P000002244 | 07/20/08 | 08/03/08 | | 52.50 | 176.21 |
| 07/20/08 | SPORTSHD | P000006510 | 07/20/08 | 08/03/08 | | | 176.21 |
| 07/20/08 | HBOHD | P000006413 | 07/20/08 | 08/03/08 | | | 176.21 |
| 07/20/08 | SHOHD | P000006412 | 07/20/08 | 08/03/08 | | | 176.21 |
| 07/20/08 | CMAXHD | P000006479 | 07/20/08 | 08/03/08 | | | 176.21 |
| 07/20/08 | STARZHD | P000006478 | 07/20/08 | 08/03/08 | | | 176.21 |
| 07/20/08 | Disconnect Adj | P000006364 | 07/20/08 | 08/03/08 | | -36.50 | 139.71 |
| 07/20/08 | AdvRcvDVR | B000005429 | 07/20/08 | 08/03/08 | | 2.99 | 142.70 |
| 07/20/08 | Disconnect Adj | P000006688 | 07/20/08 | 08/03/08 | | -2.49 | 140.21 |
| 07/20/08 | HDACCPREM | P000006726 | 07/20/08 | 08/03/08 | | 5.00 | 145.21 |
| 07/20/08 | SPORTSHD | P000006510 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/20/08 | LOCALSHD | P000006414 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/20/08 | HBOHD | P000006413 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/20/08 | SHOHD | P000006412 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/20/08 | CMAXHD | P000006479 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/20/08 | STARZHD | P000006478 | 07/20/08 | 08/03/08 | | | 145.21 |
| 07/21/08 | Payment | | | | | -123.71 | 21.50 |
| 08/04/08 | RCREDIT-12 | | | | | -3.00 | 18.50 |
| 08/05/08 | HDACCPREM | P000006726 | 08/04/08 | 09/03/08 | | 9.99 | 28.49 |
| 08/05/08 | PREMIER | P000002244 | 08/04/08 | 09/03/08 | | 104.99 | 133.48 |
| 08/05/08 | Additional TV | F950000000 | 08/04/08 | 09/03/08 | .39 | 4.99 | 138.86 |
| 08/05/08 | Additional TV | F950000000 | 08/04/08 | 09/03/08 | .39 | 4.99 | 144.24 |
| 08/05/08 | Additional TV | F950000000 | 08/04/08 | 09/03/08 | .39 | 4.99 | 149.62 |
| 08/05/08 | Additional TV | F950000000 | 08/04/08 | 09/03/08 | .39 | 4.99 | 155.00 |
| 08/05/08 | Additional TV | F950000000 | 08/04/08 | 09/03/08 | .39 | 4.99 | 160.38 |
| 08/05/08 | AdvRcvDVR | B000005429 | 08/04/08 | 09/03/08 | | 5.99 | 166.37 |

| 08/05/08 | Primary TV | F950000001 | 08/04/08 | 09/03/08 | .39 | 4.99 | 171.75 |
| 08/05/08 | PrimaryTVFree | F950000002 | 08/04/08 | 09/03/08 | -0.39 | -4.99 | 166.37 |
| 08/05/08 | Monthly Bill | | 08/04/08 | 08/24/08 | | | 166.37 |
| 09/04/08 | RCREDIT-12 | | | | | -3.00 | 163.37 |
| 09/05/08 | Late Fee | L000000014 | 09/04/08 | | | 5.00 | 168.37 |
| 09/05/08 | HDACCPREM | P000006726 | 09/04/08 | 10/03/08 | | 9.99 | 178.36 |
| 09/05/08 | PREMIER | P000002244 | 09/04/08 | 10/03/08 | | 104.99 | 283.35 |
| 09/05/08 | Additional TV | F950000000 | 09/04/08 | 10/03/08 | .39 | 4.99 | 288.73 |
| 09/05/08 | Additional TV | F950000000 | 09/04/08 | 10/03/08 | .39 | 4.99 | 294.11 |
| 09/05/08 | Additional TV | F950000000 | 09/04/08 | 10/03/08 | .39 | 4.99 | 299.49 |
| 09/05/08 | Additional TV | F950000000 | 09/04/08 | 10/03/08 | .39 | 4.99 | 304.87 |
| 09/05/08 | Additional TV | F950000000 | 09/04/08 | 10/03/08 | .39 | 4.99 | 310.25 |
| 09/05/08 | AdvRcvDVR | B000005429 | 09/04/08 | 10/03/08 | | 5.99 | 316.24 |
| 09/05/08 | Primary TV | F950000001 | 09/04/08 | 10/03/08 | .39 | 4.99 | 321.62 |
| 09/05/08 | PrimaryTVFree | F950000002 | 09/04/08 | 10/03/08 | -0.39 | -4.99 | 316.24 |
| 09/05/08 | Monthly Bill | | 09/04/08 | 09/24/08 | | | 316.24 |
| 09/19/08 | LVL1 Disc Adj | P000006726 | 09/19/08 | 10/03/08 | | -5.00 | 311.24 |
| 09/19/08 | LVL1 Disc Adj | P000002244 | 09/19/08 | 10/03/08 | | -52.50 | 258.74 |
| 09/19/08 | LVL1 Disc Adj | B000005429 | 09/19/08 | 10/03/08 | | -2.99 | 255.75 |
| 09/19/08 | MINSVC | P000001853 | 09/19/08 | 10/03/08 | | 2.50 | 258.25 |
| 09/24/08 | One Time CCard | | | | | -316.24 | -57.99 |
| 09/24/08 | AdvRcvDVR | B000005429 | 09/24/08 | 10/03/08 | | 2.00 | -55.99 |
| 09/24/08 | PREMIER | P000002244 | 09/24/08 | 10/03/08 | | 35.00 | -20.99 |
| 09/24/08 | HDACCPREM | P000006726 | 09/24/08 | 10/03/08 | | 3.33 | -17.66 |
| 10/04/08 | RCREDIT-12 | | | | | -3.00 | -20.66 |
| 10/05/08 | HDACCPREM | P000006726 | 10/04/08 | 11/03/08 | | 9.99 | -10.67 |
| 10/05/08 | PREMIER | P000002244 | 10/04/08 | 11/03/08 | | 104.99 | 94.32 |
| 10/05/08 | Additional TV | F950000000 | 10/04/08 | 11/03/08 | .39 | 4.99 | 99.70 |
| 10/05/08 | Additional TV | F950000000 | 10/04/08 | 11/03/08 | .39 | 4.99 | 105.08 |
| 10/05/08 | Additional TV | F950000000 | 10/04/08 | 11/03/08 | .39 | 4.99 | 110.46 |
| 10/05/08 | Additional TV | F950000000 | 10/04/08 | 11/03/08 | .39 | 4.99 | 115.84 |
| 10/05/08 | Additional TV | F950000000 | 10/04/08 | 11/03/08 | .39 | 4.99 | 121.22 |
| 10/05/08 | AdvRcvDVR | B000005429 | 10/04/08 | 11/03/08 | | 5.99 | 127.21 |
| 10/05/08 | Primary TV | F950000001 | 10/04/08 | 11/03/08 | .39 | 4.99 | 132.59 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/05/08 | PrimaryTVFree | F950000002 | 10/04/08 | 11/03/08 | -0.39 | -4.99 | 127.21 |
| 10/05/08 | Monthly Bill | | 10/04/08 | 10/24/08 | | | 127.21 |
| 10/12/08 | NFLST2008 | R000006981 | 10/12/08 | 11/11/08 | | 57.99 | 185.20 |
| 10/12/08 | NFL ST SF | R000100256 | 10/12/08 | 07/11/09 | | | 185.20 |
| 10/12/08 | NFLSTSFHD08 | R000006835 | 10/12/08 | 06/11/09 | | | 185.20 |
| 10/22/08 | Payment | | | | | -127.21 | 57.99 |
| 11/04/08 | RCREDIT-12 | | | | | -3.00 | 54.99 |
| 11/05/08 | HDACCPREM | P000006726 | 11/04/08 | 12/03/08 | | 9.99 | 64.98 |
| 11/05/08 | PREMIER | P000002244 | 11/04/08 | 12/03/08 | | 104.99 | 169.97 |
| 11/05/08 | Additional TV | F950000000 | 11/04/08 | 12/03/08 | .39 | 4.99 | 175.35 |
| 11/05/08 | Additional TV | F950000000 | 11/04/08 | 12/03/08 | .39 | 4.99 | 180.73 |
| 11/05/08 | Additional TV | F950000000 | 11/04/08 | 12/03/08 | .39 | 4.99 | 186.11 |
| 11/05/08 | Additional TV | F950000000 | 11/04/08 | 12/03/08 | .39 | 4.99 | 191.49 |
| 11/05/08 | Additional TV | F950000000 | 11/04/08 | 12/03/08 | .39 | 4.99 | 196.87 |
| 11/05/08 | AdvRcvDVR | B000005429 | 11/04/08 | 12/03/08 | | 5.99 | 202.86 |
| 11/05/08 | Primary TV | F950000001 | 11/04/08 | 12/03/08 | .39 | 4.99 | 208.24 |
| 11/05/08 | PrimaryTVFree | F950000002 | 11/04/08 | 12/03/08 | -0.39 | -4.99 | 202.86 |
| 11/05/08 | Monthly Bill | | 11/04/08 | 11/24/08 | | | 202.86 |
| 11/14/08 | Payment | | | | | -202.86 | 0.00 |
| 12/02/08 | Remote Replacem | F000000009 | 12/02/08 | 12/02/08 | 1.17 | 15.00 | 16.17 |
| 12/04/08 | RCREDIT-12 | | | | | -3.00 | 13.17 |
| 12/05/08 | NFLST2008 | R000006981 | 11/12/08 | 12/11/08 | | 57.99 | 71.16 |
| 12/05/08 | HDACCPREM | P000006726 | 12/04/08 | 01/03/09 | | 9.99 | 81.15 |
| 12/05/08 | PREMIER | P000002244 | 12/04/08 | 01/03/09 | | 104.99 | 186.14 |
| 12/05/08 | Additional TV | F950000000 | 12/04/08 | 01/03/09 | .39 | 4.99 | 191.52 |
| 12/05/08 | Additional TV | F950000000 | 12/04/08 | 01/03/09 | .39 | 4.99 | 196.90 |
| 12/05/08 | Additional TV | F950000000 | 12/04/08 | 01/03/09 | .39 | 4.99 | 202.28 |
| 12/05/08 | Additional TV | F950000000 | 12/04/08 | 01/03/09 | .39 | 4.99 | 207.66 |
| 12/05/08 | Additional TV | F950000000 | 12/04/08 | 01/03/09 | .39 | 4.99 | 213.04 |
| 12/05/08 | AdvRcvDVR | B000005429 | 12/04/08 | 01/03/09 | | 5.99 | 219.03 |
| 12/05/08 | Primary TV | F950000001 | 12/04/08 | 01/03/09 | .39 | 4.99 | 224.41 |
| 12/05/08 | PrimaryTVFree | F950000002 | 12/04/08 | 01/03/09 | -0.39 | -4.99 | 219.03 |
| 12/05/08 | Monthly Bill | | 12/04/08 | 12/24/08 | | | 219.03 |
| 12/24/08 | Payment | | | | | -219.03 | 0.00 |

| Date | Description | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/04/09 | RCREDIT-12 | | | | | -3.00 | -03.00 |
| 01/05/09 | NFLST2008 | R000006981 | 12/12/08 | 01/11/09 | | 57.99 | 54.99 |
| 01/05/09 | HDACCPREM | P000006726 | 01/04/09 | 02/03/09 | | 9.99 | 64.98 |
| 01/05/09 | PREMIER | P000002244 | 01/04/09 | 02/03/09 | | 104.99 | 169.97 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 175.35 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 180.73 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 186.11 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 191.49 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 196.87 |
| 01/05/09 | AdvRcvDVR | B000005429 | 01/04/09 | 02/03/09 | | 5.99 | 202.86 |
| 01/05/09 | Primary TV | F950000001 | 01/04/09 | 02/03/09 | .39 | 4.99 | 208.24 |
| 01/05/09 | PrimaryTVFree | F950000002 | 01/04/09 | 02/03/09 | -0.39 | -4.99 | 202.86 |
| 01/05/09 | Monthly Bill | | 01/04/09 | 01/24/09 | | | 202.86 |
| 01/19/09 | PRTECTPLAN | B000002072 | 01/19/09 | 02/18/09 | | | 202.86 |
| 01/26/09 | Disc Adj - DISC | P000006726 | 01/26/09 | 02/03/09 | | -3.00 | 199.86 |
| 01/26/09 | Disc Adj - DISC | P000002244 | 01/26/09 | 02/03/09 | | -31.50 | 168.36 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 166.74 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 165.12 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 163.50 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 161.88 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 160.26 |
| 01/26/09 | Disc Adj - DISC | B000005429 | 01/26/09 | 02/03/09 | | -1.80 | 158.46 |
| 01/26/09 | Disc Adj - DISC | F950000001 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 156.84 |
| 01/26/09 | PrimaryTVFree | F950000002 | 01/26/09 | 02/03/09 | .12 | 1.50 | 158.46 |
| 01/28/09 | Early Cancel Fe | F000000802 | | | | 240.00 | 398.46 |
| 02/02/09 | Final Bill | | 02/01/09 | 02/21/09 | | | 398.46 |
| 02/05/09 | Late Fee | L000000014 | 02/04/09 | | | 5.00 | 403.46 |
| 02/05/09 | Monthly Bill | | 02/04/09 | 02/24/09 | | | 403.46 |
| 02/19/09 | Equip NRF | F000002012 | | | 18.60 | 240.00 | 662.06 |
| 02/19/09 | Equip NRF | F000002010 | | | 4.27 | 55.00 | 721.33 |
| 02/19/09 | Equip NRF | F000002012 | | | 18.60 | 240.00 | 979.93 |
| 02/19/09 | Equip NRF | F000002013 | | | 36.43 | 470.00 | 1486.36 |
| 02/19/09 | Equip NRF | F000002010 | | | 4.27 | 55.00 | 1545.63 |
| 02/19/09 | Equip NRF | F000002013 | | | 36.43 | 470.00 | 2052.06 |

```
02/26/09  Equipment Retur  F000002013                     -36.43   -470.00  1545.63
02/26/09  Equipment Retur  F000002010                      -4.27    -55.00  1486.36
02/26/09  Equipment Retur  F000002013                     -36.43   -470.00   979.93
02/27/09  Equipment Retur  F000002010                      -4.27    -55.00   920.66
02/27/09  Equipment Retur  F000002012                     -18.60   -240.00   662.06
02/27/09  Equipment Retur  F000002012                     -18.60   -240.00   403.46
03/05/09  Monthly Bill              03/04/09 03/24/09                         403.46
03/25/09  Writeoff/Nonpay                                           -403.46    0.00
04/05/09  Monthly Bill              04/04/09 04/24/09                           0.00
```

| 01/04/09 | RCREDIT-12 | | | | | -3.00 | -03.00 |
|---|---|---|---|---|---|---|---|
| 01/05/09 | NFLST2008 | R000006981 | 12/12/08 | 01/11/09 | | 57.99 | 54.99 |
| 01/05/09 | HDACCPREM | P000006726 | 01/04/09 | 02/03/09 | | 9.99 | 64.98 |
| 01/05/09 | PREMIER | P000002244 | 01/04/09 | 02/03/09 | | 104.99 | 169.97 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 175.35 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 180.73 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 186.11 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 191.49 |
| 01/05/09 | Additional TV | F950000000 | 01/04/09 | 02/03/09 | .39 | 4.99 | 196.87 |
| 01/05/09 | AdvRcvDVR | B000005429 | 01/04/09 | 02/03/09 | | 5.99 | 202.86 |
| 01/05/09 | Primary TV | F950000001 | 01/04/09 | 02/03/09 | .39 | 4.99 | 208.24 |
| 01/05/09 | PrimaryTVFree | F950000002 | 01/04/09 | 02/03/09 | -0.39 | -4.99 | 202.86 |
| 01/05/09 | Monthly Bill | | 01/04/09 | 01/24/09 | | | 202.86 |
| 01/19/09 | PRTECTPLAN | B000002072 | 01/19/09 | 02/18/09 | | | 202.86 |
| 01/26/09 | Disc Adj - DISC | P000006726 | 01/26/09 | 02/03/09 | | -3.00 | 199.86 |
| 01/26/09 | Disc Adj - DISC | P000002244 | 01/26/09 | 02/03/09 | | -31.50 | 168.36 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 166.74 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 165.12 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 163.50 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 161.88 |
| 01/26/09 | Disc Adj - DISC | F950000000 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 160.26 |
| 01/26/09 | Disc Adj - DISC | B000005429 | 01/26/09 | 02/03/09 | | -1.80 | 158.46 |
| 01/26/09 | Disc Adj - DISC | F950000001 | 01/26/09 | 02/03/09 | -0.12 | -1.50 | 156.84 |
| 01/26/09 | PrimaryTVFree | F950000002 | 01/26/09 | 02/03/09 | .12 | 1.50 | 158.46 |
| 01/28/09 | Early Cancel Fe | F000000802 | | | | 240.00 | 398.46 |
| 02/02/09 | Final Bill | | 02/01/09 | 02/21/09 | | | 398.46 |
| 02/05/09 | Late Fee | L000000014 | 02/04/09 | | | 5.00 | 403.46 |
| 02/05/09 | Monthly Bill | | 02/04/09 | 02/24/09 | | | 403.46 |
| 02/19/09 | Equip NRF | F000002012 | | | 18.60 | 240.00 | 662.06 |
| 02/19/09 | Equip NRF | F000002010 | | | 4.27 | 55.00 | 721.33 |
| 02/19/09 | Equip NRF | F000002012 | | | 18.60 | 240.00 | 979.93 |
| 02/19/09 | Equip NRF | F000002013 | | | 36.43 | 470.00 | 1486.36 |
| 02/19/09 | Equip NRF | F000002010 | | | 4.27 | 55.00 | 1545.63 |
| 02/19/09 | Equip NRF | F000002013 | | | 36.43 | 470.00 | 2052.06 |

# EXHIBIT D

## History



| | | | |
|---|---|---|---|
| Name: ROY TUCK | Cust. ID: | | Zip: 92008 |
| DNIS: | DMA: | Ownership: | Locals: Not Available |

New Call   Search   Cust Info   Offer   NewOrder   History   Admin   End Call   Log-Out

| | |
|---|---|
| **Name:** | ROY TUCK |
| **Address:** | 5465 EL ARBOL DR |
| **CSZ:** | CARLSBAD CA 92008 |
| **Phone:** | 559-298-0240 |
| **Alternate Phone:** | |
| **Path Name:** | Movers Deal - 7568 |

**Dealer:** 1696239   **Chain:** 25000

| Service address | Billing address | Shipping address | CC address |
|---|---|---|---|
| ROY TUCK | ROY TUCK | ROY TUCK | ROY TUCK |
| 4182 GALBAR PL | 4182 GALBAR PL | 4182 GALBAR PL | 4182 GALBAR PL |
| OCEANSIDE,CA - 92056 USA | OCEANSIDE,CA - 92056 USA | OCEANSIDE,CA - 92056 USA | OCEANSIDE,CA - 92056 USA |
| 7606029539 | 7606029539 | 7606029539 | 7606029539 |

### Order

| Order ID | Date | Total | Type | Status |
|---|---|---|---|---|
| 123358635 | 1/28/2009 8:05:00 AM | $0.00 | | Hardware Shipped: yes  Hardware Installed: no  Account Activated: no |
| 58757161 | 12/2/2008 5:45:00 PM | $16.16 | | Hardware Shipped: yes  Hardware Installed: no  Account Activated: yes |
| 54490758 | 8/7/2008 7:14:00 PM | $0.00 | | Hardware Shipped: no  Hardware Installed: yes  Account Activated: yes |
| 47516576 | 1/31/2008 12:22:00 PM | $534.44 | | Hardware Shipped: no  Hardware Installed: yes  Account Activated: yes |

**DirecTV Order # 54490758**   Escalations for this Order

### DirecTV Order Information

| Action | DTV Account | Install Account | Rep ID | Total Prod | Total S&H | Total Tax |
|---|---|---|---|---|---|---|
| CANCEL  Modify | 75617290 | 1-H64TWPW | 2169245 | $0.00 | $0.00 | $0.00 |

### DirecTV Order Details

| Select | Detail Id | Product | Price | S & H | Tax | Ship | Track # | Deliv | Inst | Activ | Ret | Cancel | Recurring Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1160457563 | DIRECTV Service Install/Dish | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457564 | Standard Professional Install | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457565 | Movers With Commitment | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457567 | Relocate Existing Standard IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457569 | Relocate Existing Standard IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457570 | Relocate Existing HD IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457572 | Relocate Existing HD IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457573 | Relocate Existing HDDVR IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457574 | Relocate Existing HDDVR IRD | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | 1160457575 | Handling | $0.00 | $0.00 | $0.00 | $0.00 | | | 9/2/2008 | | | | $0.00 |
| ☐ | **Select All** | | | | | | | | | | | | |

## DirecTV Financial Details

| Detail Id | Date | Debit / Credit | Payment Type | Trans Reason | Total $ | Total Product | Total S&H | Tax | DR Date | CR Date |
|-----------|------|----------------|--------------|--------------|---------|---------------|-----------|-----|---------|---------|

Payment not required

Con:2014.00.10.01 PROD  Pag:  BL:10.0.0.0
Web:2015.10.0.1  Container:Production

order management system

# EXHIBIT E



The SRC Group, Inc. 7138917

# DIRECTV EQUIPMENT LEASE ADDENDUM



☐ Check here if you are a new DIRECTV customer

☐ Check here if you are a current DIRECTV customer obtaining one or more additional DIRECTV receiver(s)

☐ Check here if this is a Service Call. Note: Lease Addendum is not applicable for Service Calls.

Thank you for choosing DIRECTV. By signing this Equipment Lease Addendum, you agree to abide by the following terms and conditions. You wish to lease from DIRECTV, and DIRECTV is willing to lease to you, one or more DIRECTV new or reconditioned receivers, hereinafter collectively referred to as the "equipment," necessary to access DIRECTV's services. The term "equipment" does not include the dish and cabling. **THIS EQUIPMENT LEASE ADDENDUM CONTAINS THE TERMS AND CONDITIONS FOR THE LEASE BY DIRECTV OF THE DIRECTV EQUIPMENT TO YOU, BUT MUST BE READ TOGETHER WITH THE DIRECTV CUSTOMER AGREEMENT (A COPY OF WHICH IS PROVIDED TO YOU WITH YOUR FIRST BILL AND IS AVAILABLE AT WWW.DIRECTV.COM/LEGAL) FOR ALL OF THE TERMS AND CONDITIONS REGARDING THE PROVISION OF THE SERVICES AND YOUR RIGHT TO USE THE DIRECTV EQUIPMENT. YOU UNDERSTAND AND AGREE THAT YOU HAVE NOT PURCHASED THE DIRECTV EQUIPMENT, YOU DO NOT OWN THE DIRECTV EQUIPMENT AND THE DIRECTV EQUIPMENT MUST BE USED AND RETURNED TO DIRECTV STRICTLY IN ACCORDANCE WITH THE TERMS OF THIS EQUIPMENT LEASE ADDENDUM AND THE DIRECTV CUSTOMER AGREEMENT.**

**PROGRAMMING AGREEMENT.** Within 30 days of provision of DIRECTV equipment to you, or on the date that the professional installer has installed or is prepared to install your DIRECTV equipment, whichever is sooner, you agree to activate each and every DIRECTV Receiver ordered by you or provided to you with any DIRECTV® base programming package (valued at $29.99 per mo. or above); Jadeworld; or any qualifying international service bundle, which bundle shall include either the DIRECTV® BASIC programming package (valued at $9.99 per mo.) or the DIRECTV PREFERRED CHOICE™ programming package (valued at $32.99 per mo.) together with any WorldDirect™ international-language service. DVR service activation ($5.99/mo.) required for DVR leases; HD Access fee ($9.99/mo.) required for HD receiver leases; and, both DVR service and HD Access fee payment required for HD DVR leases.

**PROGRAMMING COMMITMENT.** The programming package(s) must be maintained for a period of not less than (a) eighteen (18) consecutive months for accounts with only standard receiver(s), or (b) twenty-four (24) consecutive months for accounts with advanced product(s)/receiver(s) (DVR, HD, or HD DVR, including additional DIRECTV receiver(s)). After you have fulfilled your agreement to the required programming package(s), you are not obligated to continue your subscription to DIRECTV programming for any specific duration. Current DIRECTV customers may activate additional receivers with their existing DIRECTV programming package. **THIS PROGRAMMING COMMITMENT IS SEPARATE AND DIFFERENT FROM ANY OTHER PROGRAMMING COMMITMENT YOU MAY HAVE MADE WITH DIRECTV AND IS FULLY ENFORCEABLE UNDER THESE TERMS.**

**MONTHLY LEASE FEE.** For a new DIRECTV customer, you will be charged a monthly lease fee in the amount of $4.99 per 2nd and each additional receiver leased by you in your household. For a current customer, you will be charged a monthly fee in the amount of $4.99 for each receiver leased by you in your household, unless you replace all of your owned-equipment with leased equipment, in which case, the monthly lease fee will be waived for the 1st receiver. Applicable taxes will apply. **LEASE FEE SUBJECT TO CHANGE AT ANY TIME.**

**CARE OF EQUIPMENT.** You are responsible for the loss of or any damage to the DIRECTV equipment that you have leased from DIRECTV. You shall have no right to sell, give away, transfer, pledge, mortgage, remove, relocate, alter or tamper with the DIRECTV equipment at any time. **DIRECTV PROVIDES YOU THE DIRECTV EQUIPMENT AS IS, AND MAKES NO WARRANTY, EITHER EXPRESSED OR IMPLIED, REGARDING THE DIRECTV EQUIPMENT PROVIDED TO YOU. ALL SUCH WARRANTIES INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. DIRECTV IS NOT RESPONSIBLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE DIRECTV EQUIPMENT PROVIDED TO YOU.** In the event the DIRECTV equipment you have leased from DIRECTV does not operate, contact DIRECTV at 1-800-531-5000.

**CONSEQUENCES OF YOUR FAILURE TO ACTIVATE PROGRAMMING OR SATISFY YOUR PROGRAMMING COMMITMENT.** If you fail to activate all of your DIRECTV equipment in accordance with this Equipment Lease Addendum, you agree that DIRECTV or an authorized DIRECTV Retailer may charge you a fee, as liquidated damages, of $150 for each receiver that is not activated. If you fail to maintain your minimum programming commitment of 18 months for standard receivers and 24 months for advanced receivers, you agree that DIRECTV may charge you a prorated fee of up to $360 for standard receivers and up to $480 for advanced products/receivers (e.g., DVR, HD, HD DVR, etc.).

**RETURN OF DIRECTV EQUIPMENT.** If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily) or if you decide to disconnect/cancel/terminate your DVR service or HD Access fee (if you are leasing a DVR or HD Receiver, respectively), you must call DIRECTV within seven (7) days after the termination of your DIRECTV programming services, DVR service or HD Access fee, as applicable, to obtain information from DIRECTV necessary to arrange for a ground or air freight service to pick up and deliver all of your DIRECTV equipment to DIRECTV. You acknowledge that the DIRECTV equipment belongs to DIRECTV and the DIRECTV equipment, including the access card inserted into each receiver, must be returned to DIRECTV in good working order, normal wear and tear excepted. In the event that all of the DIRECTV equipment is not returned to DIRECTV within thirty (30) days of the termination of your DIRECTV programming services or is damaged when it is returned to DIRECTV, you agree to pay DIRECTV the sum of $55 per each DIRECTV standard receiver; $200 for each DIRECTV DVR Receiver; $240 for each DIRECTV HD Receiver; or $470 for each DIRECTV HD DVR Receiver that is not returned to DIRECTV or that is damaged when it is returned to DIRECTV as compensation for a portion of the expenses incurred by DIRECTV in establishing your account and providing you the DIRECTV equipment for your use. Visit DIRECTV.com or call 1-800-531-5000 for details.

**ARBITRATION.** You and DIRECTV agree that both parties will resolve any dispute arising under this Equipment Lease Addendum, the DIRECTV Customer Agreement or any other addendum thereto, or regarding your DIRECTV programming service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

BY SIGNING BELOW, I HEREBY AUTHORIZE AND AGREE THAT DIRECTV MAY, AT ITS SOLE OPTION, CHARGE THE FEES DESCRIBED HEREIN. I WARRANT THAT I AM 18 YEARS OLD OR OLDER AND THAT ALL INFORMATION SUPPLIED BY OR ABOUT ME IS ACCURATE. I HAVE READ AND AGREE TO THE ABOVE TERMS AND CONDITIONS.

Customer Signature _____   Print Name _____   Date _____

☐ **I request that DIRECTV add its Protection Plan service to my account.**   Customer Signature _____

White copy: HSP Office   Yellow copy: Customer

CIA (06/08)

2008 DIRECTV, Inc.

# EXHIBIT F

```
DTV                          Show Comments                    04/26/16 04:33


Acct No:     075617290 Name: ROY TUCK                     Status: COLL
*Comment Type: ACCT     *Reason Code: 8966  Service Commitment Information
*DSS Card:                 Date: 02/06/2008 Time: 07:06 PM CSR ID: ADDCMTBATCH
 COMMENT:
+-----------------------------------------------------------------------------+
|Customer commitment is for two years of qualified programming beginning 02-0 |
|4-2008. If the commitment is not fulfilled, a prorated fee of up to $480.00   |
|is automatically applied to the account                                      |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
+-----------------------------------------------------------------------------+




DTV                          Show Comments                    04/26/16 04:34

Acct No:     075617290 Name: ROY TUCK                     Status: COLL
*Comment Type: MISC     *Reason Code: 0100  Miscellaneous Information
*DSS Card:   P00000000331 Date: 01/31/2008 Time: 09:29 AM CSR ID: OMS
 COMMENT:
+-----------------------------------------------------------------------------+
|CSG Account Number 8972200043018004                                          |
```