Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

In Pro Se

**FILED**
Jun 09 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ kennethm    DEPUTY

NUNC PRO TUNC
Jun 08 2016

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIRECTV, LLC.,<br><br>　　　　Defendant. | CASE NO: 3:16-CV-00160-JLS-KSC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT DIRECTV LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR IN THE ALTERNATIVE TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>[DEMAND FOR JURY TRIAL] |

### PLAINTIFF'S RESPONSE TO DEFENDANT DIRECTV LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR IN THE ALTERNATIVE TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Plaintiff ROY TUCK, hereby responds to Defendant DIRECTV, LLC'S Motion to Compel Arbitration and Stay Proceedings or in the Alternative to Dismiss Plaintiff's Amended Complaint, and so states:

**1.** Plaintiff has *never* had an *active arbitration agreement of any sort* that coincided with active DIRECTV, LLC'S television cable signal service. Plaintiff TUCK in his future 2nd Amended Complaint will admit further evidence into the Court clearly refuting all of the DIRECTV LLC'S claims in its recently filed Motion to Compel Arbitration, and Declaration of Eva Kniley in Support of Directv LLC's Motion to Compel Arbitration showing the Court and the jury that DIRECTV LLC has fabricated documents and is intentionally trying confuse and mislead the Court.

Page 1

PLAINTIFF'S RESPONSE TO DEFENDANT DIRECTV LLC'S
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR
IN THE ALTERNATIVE DISMISS PLAINTIFF'S AMENDED COMPLAINT

COURT COPY

CASE NO. 3:16-CV-00160-JLS-KSC

2. The alleged documentation and exhibits attached to Defendant DIRECTV LLC'S Motion to Compel Arbitration and Stay Proceedings or in the Alternative to Dismiss Plaintiff's Amended Complaint, Memorandum or Points and Authorities in Support of, and Declaration of Evan Kniley in Support of Defendant Directv LLC'S Motion to Compel Arbitration and Stay Proceedings or in the Alternative to Dismiss Plaintiff's Amended Complaint ***appears to have been fabricated by DIRECTV LLC., and/or its attorney of record David J. Benner or Eva Kniley***. There is absolutely no verification of its authenticity by any representative of DIRECTV LLC.

3. DIRECTV LLC employee Eva Kniley has filed a Declaration on 05/26/2016 that Plaintiff TUCK can prove in open court is full of "re-aged", "fabricated" intentionally confusing documents and exhibits. Eva Kniley has sworn in federal court sworn under penalty of perjury that these papers are true and correct. Plaintiff TUCK will move this honorable Court to "sanction" both the attorney of record for DIRECTV LLC David J. Benner and also DIRECTV employee Eva Kniley for purposely fabricating documents and exhibits and submitting them in their moving papers to this Court.

4. The alleged "Arbitration Agreements" in DTV LLC'S numerous exhibits do not appear to mention either party, neither DTV LLC nor Plaintiff. They appear to be generic arbitration provisions *that could have come from anywhere*. They have absolutely no application to this case. Plaintiff TUCK has never seen these alleged agreement excerpts before and was not provided with them at *any time* when opening and account with DIRECTV LLC.

5. DIRECTV, LLC'S exhibits are all incomplete, fabricated, and re-aged. Plaintiff TUCK will introduce "new evidence" with this Court in his 2nd Amended Complaint, or during the discovery phase of this trial the jury will see will prove that DIRECTV LLC by and through their attorneys and employees have ***intentionally fabricated documents to hide their national illegal activities***.

Page 2

PLAINTIFF'S RESPONSE TO DEFENDANT DIRECTV LLC'S
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR
IN THE ALTERNATIVE DISMISS PLAINTIFF'S AMENDED COMPLAINT          CASE NO. 3:16-CV-00160-JLS-KSC

## CERTIFICATE OF SERVICE

I, RICHARD CARUSO, the undersigned declare under the penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served DIRECTV LLC the following documents:

- **PLAINTIFF'S RESPONSE TO DEFENDANT DIRECTV LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR IN THE ALTERNATIVE DISMISS PLAINTIFF'S AMENDED COMPLAINT**

By placing copies of the above-described documents filed with this court in a separate envelope, with postage fully pre-paid, for each address named below and deposited each in the U.S. mail.

***Attorneys for Defendant, DIRECTV***

DAVID J. BENNER
AT&T LEGAL SERVICES DEPARTMENT
7337 Trade Street, Suite 3549
San Diego, CA 92121
Ph:  (858) 547-3278

Executed on this 7th day of June 2016            _____
                                                                              RICHARD CARUSO

Page 5



UNITED STATES DISTRICT COURT
Southern District of CALIFORNIA
Office of the Clerk
333 West Broadway, Suite 420
SAN DIEGO, CA 92101

CPU U.S. POSTAGE $1.36⁰
MAILED JUN 07 2016 92084
PB 1P 000
1128094
FCMF



RECEIVED
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Roy Tuck
Vista Way Space 85
[...]a 92084