FILED
JUL 22 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MKN DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECT TV a National satellite TV service provider, doing business in California, DOES 1 THROUGH 10, inclusively,<br><br>　　　　　　　Defendants. | Case No.: 16cv160 JLS (KSC)<br><br>**ORDER GRANTING SECOND EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>Doc. No. 25 |

　　On July 20, 2016, defendants filed a second *ex parte* Motion to Continue the Early Neutral Evaluation Conference ("ENE"), wherein they seek to continue the July 25, 2016 ENE. [Doc. No. 17.] Defendants assert that the pending Motion to Compel Arbitration and Stay Proceedings [Doc. No. 14] precludes meaningful settlement discussions. *Id.* Given the pending Motion, the Court hereby **VACATES** the July 25, 2016 ENE. Defendants shall contact the chambers of the undersigned Magistrate Judge within three court days of receiving a ruling on defendants' Motion to Compel Arbitration and Stay Proceedings.

**IT IS SO ORDERED.**

Dated: July 21, 2016

　　　　　　　　　　　　　　　　　　Hon. Karen S. Crawford
　　　　　　　　　　　　　　　　　　United States Magistrate Judge