UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTV,<br><br>　　　　　　　　　　Defendant. | Case No.: 16-CV-0160 JLS KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 28) |

　　　　Presently before the Court is the parties' Joint Notice of Settlement and Stipulated Dismissal. (ECF No. 28.) The parties have agreed to a settlement that disposes of Plaintiff's claims. (*Id.* at 1.) The parties jointly move the Court to dismiss Plaintiff's claims with prejudice, with each party to bear its own fees and costs as provided for in the parties' settlement agreement. (*Id.*)

　　　　Good cause appearing, the Court **GRANTS** the parties' Joint Motion (ECF No. 28). Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's claims against

/ / /

/ / /

/ / /

/ / /

Defendant. This Order ends the litigation in this matter. The Clerk of Court **SHALL** close the file.

    **IT IS SO ORDERED.**

Dated: August 29, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge